## Commonwealth *v.* Hansler, Appellant.

Submitted September 14, 1970. *Charles J. Hair,* Assistant Public Defender, for appellant; *Wardell F. Steigerwalt,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Order affirmed.